**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9                                    )  Case No. 14-cv-02697-SC
                                     )
10   DISCO BEES LLC, D/B/A SPACE      )  SCHEDULING ORDER
     INCH,                           )
11                                    )
              Plaintiff,             )
12                                    )
        v.                           )
13                                    )
     ICEMOCHI LLC; STORM8, INC.; and )
     DOES 1-5,                       )
14                                    )
15                                    )
              Defendants.            )
16                                    )
     _____ )

17

18

19        Plaintiff filed this action on June 10.  On the same day that

20   Plaintiff filed its complaint, Plaintiff moved ex parte for a

21   temporary restraining order.  ECF No. 4.  Defendants have indicated

22   that they will oppose the motion.  ECF No. 10.  The Court hereby

23   sets a hearing for June 17, 2014 at 10:00 a.m.  The hearing will be

24   in Courtroom 1, 450 Golden Gate Avenue, San Francisco, California.

25   ///

26   ///

27   ///

28   ///

The parties are further instructed that:

1. The Court will consider applications for both the temporary restraining order and a preliminary injunction at the hearing on June 17.

2. Per Defendants' request, Defendants shall file their opposition to Plaintiff's application no later 12:00 P.M. on June 13, 2014.

3. Plaintiff shall file its reply no later than June 16, 2014.

4. The parties shall meet and confer to determine a method of providing to the Court versions of the mobile applications at issue in this case from the relevant time period.  The parties shall provide the applications to the Court no later than June 16, 2014.

IT IS SO ORDERED.

Dated: June 12, 2014

_____

UNITED STATES DISTRICT JUDGE